IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRESTON McDADE,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-5519** |
| : | |
| **IQ DATA INTERNATIONAL, INC.,** : | |
| Defendant. : | |

**ORDER**

AND NOW, this 9th day of October, 2025, upon consideration of Plaintiff Preston McDade's Motion to Proceed *In Forma Pauperis* (ECF No. 7) and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. The FDCPA claims are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

    b. The FCRA claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, C.J.**